UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate No. 10-9132(DEA) |
| V. | ORDER OF RELEASE |
| SAMUEL HOLGUIN | |

IT ORDERED on this **30** day of March, 2022 that Defendant SAMUEL HOLGUIN is released on the following conditions:

Bail fixed at $50,000 and the defendant shall be released upon executing an Unsecured Appearance Bond.

The following conditions of release are recommended:

1. Report to Pretrial Services as directed.
2. Travel restricted to New Jersey unless otherwise approved by Pretrial Services.
3. Submit to substance abuse testing and treatment as directed by Pretrial Services.
4. Maintain current residence unless otherwise approved by Pretrial Services.
5. Defendant shall appear via zoom for sentencing on April 20, 2022 before Honorable Douglas E. Arpert.
6. The defendant shall comply with all conditions of release as ordered by Toms River Municipal Court.
7. The defendant shall comply with all conditions of active restraining order.
8. The defendant shall report to the Pretrial Services located at 402 East State Street in Trenton, New Jersey on Thursday, March 31, 2022, at 10:00 a.m.

ACKNOWLEDGEMET OF THE DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions involved.

_____
DEFENDANT'S SIGNATURE

The defendant is ordered released after processing.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge