UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES OF AMERICA**,

Case No. 3:10-09132M

v.

**SAMUEL HOLGUIN**,   Hon. Douglas E. Arpert

Defendant.
_____/

## ORDER GRANTING CONSENT MOTION TO WITHDRAW PLEA OF GUILTY

**THIS MATTER** is before the Court upon Defendant's Motion to Withdraw Plea of Guilty. The government consents to the motion. For the reasons set forth in the Defendant's motion and good cause shown, it is hereby

**ORDERED** that the motion to withdraw guilty plea is **GRANTED**. The parties shall appear before the Court on August 24, 2022 via Zoom at a time to be determined for status conference and proposed resolution on this case, as set forth in the motion.

**DONE AND ORDERED** at Newark, New Jersey, this  1st  day of  August , 2022.

/s/ Douglas E. Arpert
HON. DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE